# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

                **Case Number** 06−31858−DOT
                **Chapter** 13
                **Judge** Douglas O. Tice Jr.

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eunice Modica Macon  − Standard Discharge
 10 Woodmere Drive
Apt. C
Petersburg, VA 23805

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−8520

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

**NOTICE OF HEARING**

A

*46* − Motion to Reopen Case (Fee Amount of $235 is Exempt or Deferred) (Along with Notice and Proposed Order) filed by Robert B. Van Arsdale of Office of the U. S. Trustee on behalf of W. Clarkson McDow, Jr. 11. (Van Arsdale, Robert)

 has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:** May 3, 2011    **Time:** 11:00 AM

**Location:**

Chief Judge Tice − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219

Under Local Bankruptcy Rule 9013−1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion [*or application or proposed action*] as conceded, and issue an order granting the requested relief without further notice or hearing.


Dated: April 7, 2011              For the Court,

                        William C. Redden, Clerk
[USTVAN022vDec2009.jsp]             United States Bankruptcy Court

```
United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 06-31858-DOT
Eunice Modica Macon                                                 Chapter 13
        Debtor                      CERTIFICATE OF NOTICE

District/off: 0422-7         User: jafarbayj         Page 1 of 2         Date Rcvd: Apr 07, 2011
                             Form ID: VAN22UST       Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2011.
db         +Eunice Modica Macon,    10 Woodmere Drive,    Apt. C,    Petersburg, VA 23805-2127
cr         +Deutsche Bank,    c/o Saxon Mortgage Services, Inc.,    c/o Bierman, Geesing & Ward, LLC,
             4520 East West Highway, Suite 200,    Bethesda, MD 20814-3382
cr         +Triad Financial Corporation,    1665 Scenic Avenue, Ste 200,    Costa Mesa, CA 92626-1441
7536214     Adelphia,    P.O.Box 9037,    Addison, TX 75001-9037
7536218    +At&t Services,    1 Science Park,    New Haven, CT 06511-1963
7536219    +Attention Collections,    220 A North Sunset,    Sherman, TX 75092-7465
7536220     BFI,    2490 Charles City Road,    Chesterfield, VA 23832-0000
7536221    +Bronson and Migliaccio LLP,    415 Lawrence Bell Drive,    Williamsville, NY 14221-7805
7549122    +CACH, HOUSEHOLD BANK,    CACV/CACH of Colorado Collect America Lt,    370 17th Street Suite 5000,
             Denver, CO 80202-5690
7551099    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK,    C/O TSYS DEBT MGMT,    PO BOX 5155,
             NORCROSS ,GA 30091)
7536222    +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
7564307    +Check Smart,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
7536223    +Check into Cash,    3600 S crater Road,    Petersburg, VA 23805-9232
7536224    +Check n Go,    3219 South Crater Road,    Petersburg, VA 23805-9209
7536226    +Crusader Cash Advance,    2019 S Crater Road,    Petersburg, VA 23805-2703
7536227    +Earl L Shufford, DDS,    3524 Boulevard St,    Colonial Heights, VA 23834-1320
7536228    +Eastern Speciality Finance,    3219 South Crater Rd,    Petersburg, VA 23805-9209
7536229    +Friedmans Jewelers,    171 Crossroads Pkwy,    Savannah, GA 31407-3021
7536230     HSBC Card Services,    P.O.Box 17051,    Baltimore, MD 21297-1051
7536231     Nco Fin /32,    Pob 41748,    Philadelphia, PA 19101-0000
7807207    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
             Norfolk VA 23541)
7536232    +Park Dansan,    P.o. Box 248 113 N 3rd Ave,    Gastonia, NC 28053-0248
7536233     Petersburg Dermatology,    3277 S Crater Rd,    Petersburg, VA 23805-9285
7536234    +Professional Account Services,    P.O. Box 188,    Brentwood, TN 37024-0188
7536235    +Pulmonary & Critical Care,    PO 11768,    Richmond, VA 23230-0168
7536236    +Radiology Assoc of Rich,    PO Box 13343,    Richmond, VA 23225-0343
7606606    +Saxon Mortgage,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
7536237    +Saxon Mortgage Sercive,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
7559504     Southside Regional Medical Center,    c/o Michael I. Mossman, Attorney at Law,    P.O. Box 330129,
             Nashville, TN 37203-7501
7536239    ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
             (address filed with court: Triad Financial Corp,    7711 Center Ave Ste 250,
             Huntington Beach, CA 92647-0000)
7547954    ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
             (address filed with court: Triad Financial Corporation,    7711 Center Avenue, #100,
             Huntington Beach, CA 92647)
7536241    +Twin Rivers Medical Center,    600 Winston Churchill Drive,    Hopewell, VA 23860-5253
7536243    +Virginia Medical Group,    2905 Boulevard,    Colonial Heights, VA 23834-2400
7536244    +Wffinancial,    9710 Midlothian Tu,    Richmond, VA 23235-4962
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7536215    +Fax: 864-336-7400 Apr 08 2011 03:04:26      Advance America,    2036 S Sycamore Street,
             Petersburg, VA 23805-2727
7536217    +E-mail/PDF: cbp@agfinance.com Apr 08 2011 01:44:57      American General Finan,
             3323 S Crater Rd Ste A,    Petersburg, VA 23805-9279
7536225    +Fax: 614-760-4092 Apr 08 2011 02:24:26      Check Smart,    7001 Post Road,    Suite 200,
             Dublin, OH 43016-8334
7536242    +E-mail/PDF: bankruptcyverizoncom@afni.com Apr 08 2011 01:44:43      Verizon Virginia Inc,
             Po Box 165018,    Columbus, OH 43216
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    P O Box  41067,
             Norfolk, VA  23541)
cr*        +Saxon Mortgage,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
7606609*   +Saxon Mortgage,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
7536216    ##+Alltel,    Po Box 8130,    Little Rock, AR 72203-8130
7536238    ##+Tri-City Surgical Assoc,    700 S Sycamore St,    Petersburg, VA 23803-5802
7536240    ##Triad Financial Corpation,    PO Box 3299,    Huntington Beach, CA 92605-3299
                                                                                       TOTALS: 0, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2011**                          **Signature:**        _Joseph Speetjens_